# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN D. WICKS, SR., NORMAN D. WICKS, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN DIEGO, STATE OF CALIFORNIA, POLICE DEPARTMENT OF SAN DIEGO, CAL., <br><br> Defendants. | CASE NO. 07CV0691-LAB (RBB) <br><br> **ORDER OF DISMISSAL** |

On June 26, 2007, the Court issued an order granting Plaintiffs' request to proceed *in forma pauperis*, and dismissing this action without prejudice. The order concluded that the complaint did not state a claim, and sought money damages against immune Defendants. The order directed Plaintiffs, if they wished to cure the defects it identified, to do so by filing an amended complaint no more than thirty calendar days from the date than the date the order was entered — *i.e.*, July 26, 2007. That order also warned Plaintiffs that if they failed to do so, this action could be dismissed with prejudice, without further notice to them.

/ / /

/ / /

/ / /

Plaintiffs have failed to amend their complaint as permitted. They are not incarcerated, so as to entitle them to the benefit of the prisoner mailbox rule under *Houston v. Lack*, 487 U.S. 266, 270 (1988).

For these reasons, this action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: July 27, 2007

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge